B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MGP Auburn Greshem, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA MGP Auburn Gresham I, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5293856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**130 S. Jefferson Street**<br>**Chicago, IL**<br>ZIP Code **60661** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **MGP Auburn Greshem, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **Norther District** | Case Number: **08-22394** | Date Filed: **8/25/08** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**MGP Auburn Greshem, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

Address

**Email: foringpc@aol.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**December 5, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregory E. Perkins**
Signature of Authorized Individual

**Gregory E. Perkins**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**December 5, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **MGP Auburn Greshem, LLC**                                                            ,   Case No. _____
                                             Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Gregory E Perkins**<br>**Northern District** | **08-21919**<br>**Member-Manager** | **08/20/08**<br>**Black** |
| **Laura M. Perkins**<br>**Northern District** | **08-21919**<br>**Member** | **08/20/08**<br>**Black** |

## CONSENT OF SOUTHVIEW MANAGEMENT, LLC
## TO A CHAPTER 11 FILING FOR MGP AUBURN GRESHAM, LLC,
### An Illinois Limited Liability Company

This date, December __, 2008, Southview Management, LLC ("Southview"), through its Manager, Lawrence Friedman ("Friedman"), hereby consents to the filing of a chapter 11 case for MGP AUBURN GRESHAM, LLC, an Illinois limited liability company ("MGP I"), in accordance with the terms set forth in the Amendment to Operating Agreement and the Assignment of Membership Interest of MGP I, both of even date. Southview specifically consents that Gregory Perkins, newly named by Southview as Managing Member of MGP I in the Amendment to the Operating Agreement of MGP I, engage the law firm of Forrest L. Ingram, P.C. to file a chapter 11 reorganization case for MGP I in the Bankruptcy Court for the Northern District of Illinois, Eastern Division.

This Consent will be automatically withdrawn upon the occurrence of one or more of the following events:

1. The failure of Forrest Ingram, as escrowee for G&S HOLDINGS GROUP, LLC to pay to Puritan Finance Corporation within two weeks after the chapter 11 is filed the sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000) to be applied to pay down the loan of Puritan Finance Corporation that is secured by property owned by MGP I and other LLCs;

2. The dismissal or conversion of the chapter 11 case; or

3. The termination of Forrest L. Ingram, P.C. as counsel for MGP I, or the motion of Forrest L. Ingram, P.C. to withdraw as counsel for MGP I.

Upon the occurrence of any of the above events and the automatic withdrawal of this Consent, the law firm of Forrest L. Ingram, P.C. agrees that it will take directions with regard to the chapter 11 case solely from Southview, as the Manager of MGP I, and that it will cease to take directions from the Gregory Perkins, Laura Perkins, and/or G&S Holdings Group, LLC, and at Southview's direction shall immediately move to dismiss the chapter 11 case or to convert it to a case under chapter 7 of the Bankruptcy Code. Gregory Perkins, however, shall at all times remain the responsible party for purposes of the debtor's obligations under § 1116 or § 1112(e) of the Code, and G&S Holdings Group, LLC, shall make any payment of attorney fees for the services of Forrest L. Ingram P.C., and Forrest L. Ingram P.C. will have no right to seek payment or reimbursement from Southview or Friedman.

Sole Member as of December __, 2008
Southview Management, LLC

By: _____
Lawrence Friedman, Manager

Forrest L. Ingram P.C.

By: _____
Forrest L. Ingram, President

G&S Holdings Group, LLC

By: _____
Gregory Perkins, Member-Manager

Case 08-33410    Doc 1    Filed 12/05/08    Entered 12/05/08 20:21:19    Desc Main
              Document      Page 7 of 15

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MGP Auburn Greshem, LLC**                                        Case No.
                                            Debtor(s)                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Almighty Rooter**<br>830 W. 89th<br>Chicago, IL 60620 | **Almighty Rooter**<br>830 W. 89th<br>Chicago, IL 60620 | | | **45,000.00** |
| **Ameriollect Inc**<br>Box 1566 Manitowoc<br>Manitowoc, WI 54221-1566 | **Ameriollect Inc**<br>Box 1566 Manitowoc<br>Manitowoc, WI 54221-1566 | | | **28,000.00** |
| **AMW Heating**<br>Chicago, IL 60601 | **AMW Heating**<br>Chicago, IL 60601 | | | **18,000.00** |
| **Auburn Disposal**<br>Brian C. Owen<br>53 W Jackson,#1305<br>Chicago, IL 60604 | **Auburn Disposal**<br>Brian C. Owen<br>53 W Jackson,#1305<br>Chicago, IL 60604 | | | **50,000.00** |
| **Bank of America c/o Midland Loan<br>Services & Brian Driscoll,<br>1 N. Wacker Drive #4400<br>Chicago, IL 60606** | **Bank of America c/o Midland Loan<br>Services & Brian Driscoll,<br>1 N. Wacker Drive #4400<br>Chicago, IL 60606** | **08ch24152** | | **14,430,812.89** |
| **City of Chicago**<br>Box 6330<br>Chicago, IL 60616 | **City of Chicago**<br>Box 6330<br>Chicago, IL 60616 | | | **75,000.00** |
| **City of Chicago**<br>2133 W. Lexington<br>Chicago, IL 60612 | **City of Chicago**<br>2133 W. Lexington<br>Chicago, IL 60612 | | | **20,000.00** |
| **City of Chicago**<br>c/o Corporation counsel<br>30 N. LaSalle Street, Ste 800<br>Chicago, IL 60602 | **City of Chicago**<br>c/o Corporation counsel<br>30 N. LaSalle Street, Ste 800<br>Chicago, IL 60602 | | | **15,000.00** |
| **Com Ed**<br>System Credit/Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | **Com Ed**<br>System Credit/Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | **Utilities** | | **13,599.64** |
| **ComEd**<br>System Credit / Bankruptcy Dept.<br>2100 Swift Dr.<br>Oak Brook, IL 60523 | **ComEd**<br>System Credit / Bankruptcy Dept.<br>2100 Swift Dr.<br>Oak Brook, IL 60523 | | | **80,000.00** |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **MGP Auburn Greshem, LLC**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Diamond Disposal** <br> **Box 4581** <br> **Chicago, IL 60616** | **Diamond Disposal** <br> **Box 4581** <br> **Chicago, IL 60616** | | | **7,000.00** |
| **Gateway Locksmite** <br> **2277 Rt 33 East Suite 407** <br> **Trenton, NJ 08690** | **Gateway Locksmite** <br> **2277 Rt 33 East Suite 407** <br> **Trenton, NJ 08690** | | | **7,500.00** |
| **Maurice Sean Thomas** <br> **2700 Merridian Parkway Suite 200** <br> **Durham, NC 27713-2204** | **Maurice Sean Thomas** <br> **2700 Merridian Parkway Suite 200** <br> **Durham, NC 27713-2204** | | | **22,000.00** |
| **Midwest Painters** <br> **965 E 23rd Street** <br> **Lake Station, IN 46405** | **Midwest Painters** <br> **965 E 23rd Street** <br> **Lake Station, IN 46405** | | | **10,000.00** |
| **Nawrocki Systems** <br> **820 Audubon Ct** <br> **Aurora, IL 60506** | **Nawrocki Systems** <br> **820 Audubon Ct** <br> **Aurora, IL 60506** | | | **6,200.00** |
| **People's Energy** <br> **130 E Randolph** <br> **Chicago, IL 60601** | **People's Energy** <br> **130 E Randolph** <br> **Chicago, IL 60601** | | | **185,000.00** |
| **Peter Wang** <br> **c/o Michael Redieger** <br> **217 N. Jefferson Suite 602** <br> **Chicago, IL 60661** | **Peter Wang** <br> **c/o Michael Redieger** <br> **217 N. Jefferson Suite 602** <br> **Chicago, IL 60661** | | | **350,000.00** |
| **Puritan Finance** <br> **c/o Fred Harbeck** <br> **29 S LasSalle** <br> **Chicago, IL 60601** | **Puritan Finance** <br> **c/o Fred Harbeck** <br> **29 S LasSalle** <br> **Chicago, IL 60601** | | | **1,300,000.00** |
| **Rojas Landscaping** <br> **c/o Sal B. Marchionna** <br> **1809 S. Washington Ave** <br> **Park Ridge, IL 60068** | **Rojas Landscaping** <br> **c/o Sal B. Marchionna** <br> **1809 S. Washington Ave** <br> **Park Ridge, IL 60068** | | | **19,200.00** |
| **Welcko Services** <br> **516 Kenyon Ave** <br> **Romeoville, IL 60446** | **Welcko Services** <br> **516 Kenyon Ave** <br> **Romeoville, IL 60446** | | | **8,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December  5, 2008**        Signature  **/s/ Gregory E. Perkins** <br>
                                                                        **Gregory E. Perkins** <br>
                                                                        **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **MGP Auburn Greshem, LLC**                    ,        Case No. _____

                                          Debtor

                                                                Chapter          **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregory E. Perkins**<br>**13723 Legend Trail**<br>**Orland Park, IL 60462** | | **18%** | **Member-manager** |
| **Laura M. Perkins**<br>**13723 Legend Trail**<br>**Orland Park, IL 60462** | | **18%** | **Member** |
| **Laura M. Perkins**<br>**As Trustee for Michael Perkins Trus**<br>**13723 Legend Trail**<br>**Orland Park, IL 60462** | | **15%** | **Member** |
| **Puritan Finance**<br>**c/o Fred Harbeck**<br>**29 S LasSalle**<br>**Chicago, IL 60601** | | **49%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 5, 2008**                    Signature   **/s/ Gregory E. Perkins**
                                                            **Gregory E. Perkins**
                                                            **Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

## ASSIGNMENT OF MEMBERSHIP INTEREST

FOR AND IN CONSIDERATION of the Sum of Ten Dollars ($10.00) and other good and valuable consideration, in hand paid to the undersigned Assignor, Southview Management, Inc., the undersigned Assignor entered into the following agreement with the undersigned Assignees, Gregory and Laura Perkins, on the 4th day of December, 2008.

## RECITALS

A. On November 14, 2008, Assignor, as the sole member of an Illinois Limited Liability Company known as MGP AUBURN GRESHAM, LLC, ("MGP I") established for the purpose of acquiring, owning, operating, and managing real estate located in Chicago, Illinois, agreed to reassign to Assignees Gregory Perkins and to Laura Perkins individually and as trustee of the Michael Perkins trust, all of the membership interests in MGP I that Gregory and Laura Perkins transferred to Southview by instruments dated December 17, 2007 and accepted by Southview on June 4, 2008.

B. This assignment is made in return for a deposit into escrow of $250,000.00 by a third party, earmarked to be transferred to Puritan Finance Corporation ("Puritan") after the filing of a chapter 11 case on behalf of MGP I.

C. Assignees desire to obtain said interest for such consideration.

IN CONSIDERATION of the mutual covenants memorialized herein, the parties agree as follows:

1. Assignor re-assigns to Assignees all of the membership interests in MGP I that Gregory and Laura Perkins individually and as trustee of the Michael Perkins trust transferred to Southview by instruments dated December 17, 2007 and accepted by Southview on June 4, 2008, including their rights, title, and interest therein for good and valuable consideration received from third parties, and agrees that it will assign the remainder of its membership interests when Puritan is paid in full its claim against MGP 1. This assignment is subject to the condition subsequent that upon the occurrence of one or more of the following events this assignment shall be and become immediately null and void, without notice or consent:

   (a) The failure of Forrest Ingram, as escrowee for G&S HOLDINGS GROUP, LLC to pay to Puritan within two weeks after the chapter 11 is filed the sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000) to be applied to pay down the loan of Puritan Finance Corporation that is secured by property owned by MGP I and other LLCs;

   (b) The dismissal or conversion of the chapter 11 case; or

      (c) The termination of Forrest L. Ingram, P.C. as counsel for MGP I, or the motion of Forrest L. Ingram, P.C. to withdraw as counsel for MGP I.

2. Assignor acknowledges that, upon MGP I's satisfaction in full of Puritan's claim, Assignor will no longer be entitled to share in MGP I's profits, losses, or assets, including without limitation, cash flow, proceeds of sale, proceeds of refinancing, and, proceeds arising from any amount whatsoever distributed or distributable to the member for any reason whatsoever.

3. Both parties agree that Puritan is a secured creditor of MGP I and that the payment of $250,000.00 will be applied as a partial payment.

4. Upon receipt of this Assignment of the aforesaid membership interests to Gregory and Laura Perkins, Assignees will be entitled to share proportionally in all future shares of any amounts distributable to the assigning member, including, without limitation, the items described in paragraph 2 hereof.

IN WITNESS WHEREOF, the Assignor has executed this Assignment.

                              ASSIGNOR:

                              Southview Management, LLC

                              _____
                              Lawrence Friedman, Manager

                              ASSIGNEES:

                              _____
                              Gregory Perkins

                              _____
                              Laura Perkins

                              _____
                              Laura Perkins, as Trustee of the Michael Perkins Trust

All records in receiver's possessio

Almighty Rooter
830 W. 89th
Chicago, IL 60620

Ameriollect Inc
Box 1566 Manitowoc
Manitowoc, WI 54221-1566

AMW Heating
Chicago, IL 60601

Auburn Disposal
Brian C. Owen
53 W Jackson,#1305
Chicago, IL 60604

Baker & Miller
29 N Wacker Drive
Chicago, IL 60603

Bank of America c/o Midland Loan
Services & Brian Driscoll,
1 N. Wacker Drive #4400
Chicago, IL 60606

Casey's Harware
2853 W. 63rd Stree
Chicago, IL 60629

City of Chicago
c/o Corporation counsel
30 N. LaSalle Street, Ste 800
Chicago, IL 60602

City of Chicago
2133 W. Lexington
Chicago, IL 60612

City of Chicago
Box 6330
Chicago, IL 60616

```
City of Chicago
Goldman & Grant
205 W Randolph
Chicago, IL 60606


City of Chicago
c/o Wexler & Wexler
500 W Madison #2910
Chicago, IL 60661


City of Chicago
c/o Baker & Miller
29 N Wacker Drive
Chicago, IL 60603


City of Chicago
c/o Goldman & Grant
205 W Randolph
Chicago, IL 60606


Com Ed
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL 60523


ComEd
System Credit / Bankruptcy Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Cottage Grove Glass
7401 S. Cottage Grove
Chicago, IL 60619


Custom Carpet
1233 W. Montana Chicago
Chicago, IL 60614


Diamond Disposal
Box 4581
Chicago, IL 60616


Ford Motor Credit
c/o Sherman & Sherman
120 S. LaSalle St., Ste 1460
Chicago, IL 60603
```

```
Gateway Locksmite
2277 Rt 33 East Suite 407
Trenton, NJ 08690


LaSalle Bank Trustee for Holders
c/o Kevin Driscoll
1 North Wacker, Suite 4400
Chicago, IL 60606


Lasalle Bank Trustee, c/o K Driscol
1 North Wacker, Suite 4400
Chicago, IL 60606


Maurice Sean Thomas
2700 Merridian Parkway Suite 200
Durham, NC 27713-2204


Midwest Painters
965 E 23rd Street
Lake Station, IN 46405


Nawrocki Systems
820 Audubon Ct
Aurora, IL 60506


People's Energy
130 E Randolph
Chicago, IL 60601


Peter Wang
c/o Michael Redieger
217 N. Jefferson Suite 602
Chicago, IL 60661


Puritan Finance
c/o Fred Harbeck
29 S LasSalle
Chicago, IL 60601


Rojas Landscaping
c/o Sal B. Marchionna
1809 S. Washington Ave
Park Ridge, IL 60068
```

```
Welcko Services
516 Kenyon Ave
Romeoville, IL 60446


Wexler & Wexler
500 W. Madison Suite 2910
Chicago, IL 60661
```